# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RICHARD ALEXANDER C. C.,

      Petitioner,

v.

DAVID EASTERWOOD, *Field Office Director of Enforcement and Removal Operations, Minneapolis - St. Paul Field Office, Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*; JOEL BROTT, *Administrator of the Sherburne County Jail*, TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*; and TODD BLANCHE, *Acting Attorney General of the United States*,

      Respondents.

Case No. 26-cv-2137 (LMP/ECW)

**ORDER**

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Richard Alexander C. C.'s Petition for Writ of Habeas Corpus (ECF No. 1) on or before **Friday, April 10, 2026**, certifying the true cause and proper duration of Richard Alexander C. C.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Richard Alexander C. C.'s detention in light of the issues raised in his Petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Richard Alexander C. C.'s claims; and

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. If Richard Alexander C. C. intends to file a reply to Respondents' answer, he must do so on or before **Wednesday, April 15, 2026**;

4. No further submissions from the parties will be permitted except as authorized by Court order; and

5. Respondents are **ORDERED** not to move Richard Alexander C. C. outside of the District of Minnesota during the pendency of these proceedings, so that Richard Alexander C. C. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: April 3, 2026
Time: 3:09 p.m.

                              *s/Laura M. Provinzino*
                              Laura M. Provinzino
                              United States District Judge